LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
Fax:          (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com

*Attorneys for Defendants*
*Eric Anderson, Zachary Gainey, and*
*Las Vegas Metropolitan Police Department*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JULIAN TOCKER, an individual, | Case No.:   2:25-cv-01050 |
| Plaintiffs, | (District Court, Clark County, Nevada, Case No. A-25-918528-C) |
| vs. | |
| OFFICER ZACHARY GAINEY, an individual; OFFICER E. ANDERSON, an individual; LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision; DOES 1 through 10; and ROE CORPORATIONS 1 through 10, inclusive, | **NOTICE OF REMOVAL** |
| Defendants. | |

Pursuant to 28 U.S.C. § 1441, Defendants Las Vegas Metropolitan Police Department ("LVMPD"), Zachary Gainey, and Eric Anderson ("LVMPD Defendants"), by and through their counsel, hereby remove this action to this Court.  In support of this action, LVMPD Defendants state as follows:

1.      This action was commenced in the Eighth Judicial District Court of Clark County, State of Nevada.  The Complaint ("Complaint") was filed in the Eighth Judicial District Court on

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

6943.319

Page 1 of 4

May 7, 2025, under Case No. A-25-918528-C. LVMPD Defendants were served with process on May 14, 2025.

2. This Notice of Removal is filed within thirty (30) days after receipt by LVMPD Defendants of the Complaint, in compliance with 28 U.S.C. § 1446(b) and per this Court's decision in *Coleman v. Assurant, Inc.*, 463 F.Supp.2d 1164 (D. Nev. 2006) (providing thirty (30) days for removal after notice and/or service of each defendant). Pursuant to § 1446(a), a copy of the following are attached as Exhibit A: (1) Complaint; (2) Affidavits of Service of Summons and Complaint; and (3) Notice by LVMPD Defendants of Removal of Action. On information and belief, no other pleadings have been served and no orders have been entered.

3. Removal is appropriate pursuant to 28 U.S.C. § 1441(b), as this Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331 (granting district courts original jurisdiction over claims "arising under the Constitution, laws, or treaties of the United States"). Plaintiff's Complaint asserts claims for "violation of 42 U.S.C. § 1983 – specifically the Fourth (4th) Amendment. (Complaint ¶¶ 29-42.) LVMPD Defendants' first notice of this action was on May 14, 2025, the date that they were served with the summonses and copies of the Plaintiff's Complaint.

4. No other defendants are joining in this removal because LVMPD Defendants are the only named Defendants.

5. The above-entitled action is a civil action for damages based on theories implicating the Fourth Amendment. As to the non-federal claims, 28 U.S.C. § 1441(c) provides grounds for removal.

6. Pursuant to 28 U.S.C. § 1446(a), the state court in which this action was commenced is within this Court's jurisdiction.

/ / /

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

6943.319

Page 2 of 4

7.      Pursuant to 28 U.S.C. § 1446(d), LVMPD Defendants are filing this Notice of Removal within thirty (30) days of receipt.

8.      Pursuant to 28 U.S.C. § 1446(d), LVMPD Defendants certify that a copy of this Notice of Removal will be served promptly on Plaintiff and filed with the Clerk of the Eighth Judicial District Court, Clark County, Nevada.

DATED this 13th day of June, 2025.

KAEMPFER CROWELL

By:     /s/ Lyssa S. Anderson
LYSSA S. ANDERSON (Nevada Bar No. 5781)
KRISTOPHER J. KALKOWSKI (Nevada Bar No. 14892)
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135

*Attorneys for Defendants*
*Eric Anderson, Zachary Gainey, and*
*Las Vegas Metropolitan Police Department*

**Index of Exhibits**
**Exhibit A**:  (1) Complaint; (2) Affidavits of Service of Summons and Complaint; and (3) Notice by LVMPD Defendants of Removal of Action

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

6943.319

Page 3 of 4

## CERTIFICATE OF SERVICE

I certify that I am an employee of KAEMPFER CROWELL, and that on the date below, I caused the foregoing **NOTICE OF REMOVAL** to be served via CM/ECF and/or First Class Mail (where indicated) addressed to the following:

Andre M. Lagomarsino
Cristina P. Valentine
LAGOMARSINO LAW
3005 W. Horizon Ridge Pkwy, #241
Henderson, NV  89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
aml@lagomarsinolaw.com
cristina@lagomarsinolaw.com

*Counsel for Plaintiff*

DATED this 13th day of June, 2025.

/s/ _____
an employee of Kaempfer Crowell

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

6943.319

Page 4 of 4