**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ. (#6711)
CRISTINA P. VALENTINE, ESQ. (#16440)
3005 West Horizon Ridge Pkwy., Suite 241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
aml@lagomarsinolaw.com
cristina@lagomarsinolaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JULIAN TOCKER, an individual, <br><br>Plaintiff, <br><br>vs. <br><br>OFFICER ZACHARY GAINEY, an individual; OFFICER E. ANDERSON, an individual; LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision; DOES 1 through 10; and ROE CORPORATIONS 1 through 10, inclusive, <br><br>Defendants. | CASE NO:   2:25-cv-01050-ART-MDC <br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE MOTIONS TO AMEND PLEADINGS OR TO ADD PARTIES** <br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED between the parties and their undersigned attorneys that the deadline to file motions to amend the pleadings or to add parties is September 18, 2025, be continued for a period of forty-five (45) days from the Court's prior Order (ECF No. 14).

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. This request for extension is based upon the following:

Plaintiff's Counsel served subpoenas to the entities of Caesars Enterprise Services, LLC, Caesars Palace LLC, and Tao Group and Omnia Nightclub to gather further information which is believed to help include facts to Plaintiff's Complaint. The documents and items requested from these entities will need to be reviewed in order to amend Plaintiff's Complaint and add parties. Due to delays in locating the entities, Plaintiff believes it is unlikely the documents will be received prior

to the current deadline to amend.

WHEREFORE, the parties respectfully request that this Court extend the time to file motions to amend pleadings or to add parties by forty-five (45) days from the current deadline of September 18, 2025, up to and including November 3, 2025[1].

This request for an extension is made in good faith and joined by all the parties in this case. The Request is timely pursuant to LR 26-3. Trial is not yet set in this matter and dispositive motions have not yet been filed. Accordingly, this extension will not delay this case. Since this request is a joint request, no party will be prejudiced.

**IT IS SO STIPULATED AND AGREED.**

DATED this 27th day of August, 2025.   DATED this 27th day of August, 2025.

**LAGOMARSINO LAW**   **KAEMPFER CROWELL**

/s/ Cristina P. Valentine, Esq.   /s/ Lyssa S. Anderson, Esq.
ANDRE M. LAGOMARSINO, ESQ. (#6711)   LYSSA S. ANDERSON, ESQ. (#5781)
CRISTINA P. VALENTINE, ESQ. (#16440)   KRISTOPHER KALOWSKI, ESQ. (#14892)
3005 W. Horizon Ridge Pkwy., #241   1980 Festival Plaza Dr., #650
Henderson, Nevada 89052   Las Vegas, Nevada 89135
Telephone: (702) 383-2864   Telephone: (702) 792-7000
*Attorneys for Plaintiff*   *Attorney for Defendants*

**IT IS SO ORDERED.**

By: _____
**Hon. Maximiliano D. Couvillier, III
UNITED STATES DISTRICT COURT JUDGE**

**Dated: August 28, 2025**

---

[1] This deadline falls on November 2, 2025, which is a Sunday. As a result, this deadline extends to the next court day of Monday, November 3, 2025, by operation of FRCP 6.