**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ. (#6711)
CRISTINA P. VALENTINE, ESQ. (#16440)
3005 West Horizon Ridge Pkwy., Suite 241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
aml@lagomarsinolaw.com
cristina@lagomarsinolaw.com
*Attorneys for Plaintiff Kara Jenkins*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JULIAN TOCKER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>OFFICER ZACHARY GAINEY, an individual; OFFICER E. ANDERSON, an individual; LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision; DOES 1 through 10; and ROE CORPORATIONS 1 through 10, inclusive,<br><br>Defendants. | CASE NO.:   2:25-cv-01050-ART-MDC<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED between the Parties, by and through their undersigned attorneys that the discovery cut-off date of December 17, 2025, be continued for a period of one hundred and twenty (120) days from the Court's prior order (ECF No. 14), for the purpose of allowing the parties to complete written discovery, complete the depositions of the parties, experts, and lay witnesses, and any other discovery the parties wish to conduct.

**I.   DISCOVERY COMPLETED TO DATE**

- Disclosure of Documents:
    - Plaintiff served his initial disclosures on July 31, 2025.
    - Defendants served their initial disclosures on July 31, 2025.
    - Plaintiff served his first supplemental disclosures on September 23, 2025.

- Written Discovery:
    - Plaintiff served his first set of written discovery (requests for production of documents and interrogatories) to Defendants on September 19, 2025.

- Third-Party Subpoenas:
  - Plaintiff served her notice of intent to serve subpoenas duces tecum and notice of taking the deposition of a fact witness for the custodian of records of Caesars Palace LLC, Caesars Enterprise Services, LLC, and Tao Group and Omnia Nightclub on July 31, 2025, to which all have responded.

## II. DISCOVERY YET TO BE COMPLETED

The Parties have yet to complete the following discovery:

- serve and respond to initial written discovery;
- disclose initial and rebuttal experts;
- take the depositions of fact and expert witnesses;
- take the deposition(s) of the Defendants' FRCP 30(b)(6) designee(s);
- Any additional discovery the parties wish to conduct that is permitted by the Nevada Rules of Civil Procedure.

## III. REASONS WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED

This is the first request for an extension of time. The parties have been and continue to be diligent in their discovery efforts in this document-intensive case. Plaintiff's firm finished a three (3) week-long trial in the Eighth Judicial District Court at the end of August, which involved extensive briefing. Plaintiff's counsel was also responsible for an employment arbitration in August, which involved post-hearing briefing finalized on September 12, 2025. **Additionally, in this case, an extension was granted for amendment of the complaint, and the additional requested time will allow for necessary discovery following that anticipated amendment. Additional time is also needed to collect records necessary for expert review.** As such, the Parties believe a one hundred and twenty (120) day extension of discovery deadlines and trial is necessary and reasonable to allow the completion of the aforementioned discovery as well as potentially resolving this case at an early neutral evaluation, which has yet to be scheduled.

The parties respectfully submit that the reasons set forth above constitute good cause for this extension. This request is made in good faith, and not for the purpose of delay.

///

///

### IV.  PROPOSED EXTENDED DEADLINES

|  | Current | Proposed |
|---|---|---|
| Deadline to amend the pleadings or add parties | 11/3/25 | No additional extension request. |
| Deadline for initial expert disclosures | 10/20/25 | **Tuesday, February 17, 2026** |
| Deadline for rebuttal expert disclosures | 11/19/25 | **Thursday, March 19, 2026** |
| Discovery cut-off | 12/17/25 | **Thursday, April 16, 2026** |
| Deadline to file dispositive motions | 01/16/26 | **Monday, May 18, 2026**[1] |
| Pre-trial order | 02/16/26 | **Tuesday, June 16, 2026** |

**IT IS SO STIPULATED AND AGREED.**

DATED this 29th day of September, 2025.        DATED this 29th day of September, 2025.

**LAGOMARSINO LAW**                           **KAEMPFER CROWELL**

/s/ *Cristina P. Valentine, Esq.*              /s/ *Lyssa S. Anderson, Esq.*
ANDRE M. LAGOMARSINO, ESQ. (#6711)    LYSSA S. ANDERSON, ESQ. (#5781)
CRISTINA P. VALENTINE, ESQ. (#16440)  KRISTOPHER KALOWSKI, ESQ. (#14892)
3005 W. Horizon Ridge Pkwy., #241     1980 Festival Plaza Dr., #650
Henderson, Nevada 89052               Las Vegas, Nevada 89135
Telephone: (702) 383-2864             Telephone: (702) 792-7000
*Attorneys for Plaintiff*             *Attorney for Defendants*

**ORDER**

**IT IS SO ORDERED.**

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

DATED: October 1, 2025

---

[1] This deadline falls on May 16, 2026, which is a Saturday. As a result, this deadline extends to the next court day of Monday, May 18, 2026, by operation of FRCP 6.