**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ. (#6711)
CRISTINA P. VALENTINE, ESQ. (#16440)
3005 West Horizon Ridge Pkwy., Suite 241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
aml@lagomarsinolaw.com
cristina@lagomarsinolaw.com
*Attorneys for Plaintiff Tocker*

*LAGOMARSINO LAW*
3005 W. Horizon Ridge Pkwy., #241, Henderson, Nevada 89052
Telephone (702) 383-2864    Facsimile (702) 383-0065

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JULIAN TOCKER, an individual, | CASE NO.:    2:25-cv-01050-ART-MDC |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO ALLOW AMENDMENT OF THE COMPLAINT** |
| OFFICER ZACHARY GAINEY, an individual; et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED between the Parties, by and through their undersigned attorneys to allow Plaintiff to file his First Amended Complaint. Plaintiff filed his *Motion for Leave to File a First Amended Complaint* ("Motion") on February 2, 2026 (ECF No. 24). Defendants did not oppose the filing of the First Amended Complaint.

Moreover, the parties have agreed to amend the entity name of "NLDL Holdings LLC" to "Touch LLC" on the proposed First Amended Complaint. Plaintiff shall file the First Amended Complaint within five (5) days after this Stipulation is granted. Defendants shall file a responsive pleading within twenty (20) days after the filing and service of the First Amended Complaint.

The parties respectfully recognize that the Motion will be moot once this Stipulation is granted.

. . . .

. . . .

Page 1 of 2

Plaintiff's Motion to Amend (ECF No. 24) is withdrawn and any hearing scheduled on the Motion is vacated.

**IT IS SO STIPULATED AND AGREED.**

DATED this 19th day of February, 2026.                    DATED this 19th day of February, 2026.

**LAGOMARSINO LAW**                                          **KAEMPFER CROWELL**

*/s/ Andre M. Lagomarsino, Esq.*                           */s/ Kristopher Kalowski, Esq.*
ANDRE M. LAGOMARSINO, ESQ. (#6711)      LYSSA S. ANDERSON, ESQ. (#5781)
CRISTINA P. VALENTINE, ESQ. (#16440)        KRISTOPHER KALOWSKI, ESQ. (#14892)
3005 W. Horizon Ridge Pkwy., #241                  1980 Festival Plaza Dr., #650
Henderson, Nevada 89052                                    Las Vegas, Nevada 89135
Telephone: (702) 383-2864                                  Telephone: (702) 792-7000
*Attorneys for Plaintiff Tocker*                             *Attorney for Defendants*

**ORDER**

**IT IS SO ORDERED.**

**The plaintiff shall file the proposed First Amended Complaint (ECF No. 24-1) by February 27, 2026.**

_____
**Hon. Maximiliano D. Couvillier, III**
**UNITED STATES MAGISTRATE JUDGE**

**Dated: February 20, 2026**