Jeremy R. Alberts, Esq.
Nevada Bar No. 10497
*jalberts@wwhgd.com*
Brittany M. Llewellyn, Esq.
Nevada Bar No. 13527
*bllewellyn@wwhgd.com*
Caitlin R. Gwin, Esq.
Nevada Bar No. 16879
*cgwin@wwhgd.com*
WEINBERG, WHEELER, HUDGINS,
   GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
Telephone:   (702) 938-3838
Facsimile:    (702) 938-3864

*Attorneys for Defendants Touch LLC*
*and Martin Charles Hampton*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JULIAN TOCKER, an individual,<br><br>                    Plaintiff,<br><br>        vs.<br><br>OFFICER ZACHARY GAINEY, an individual; OFFICER E. ANDERSON, an individual; TOUCH LLC, a domestic limited-liability company; MARTIN CHARLES HAMPTON, an individual; DOE EMPLOYEES 1-4, individuals; DOES 1 through 10; and ROE CORPORATIONS 1 through 10, inclusive.,<br><br>                    Defendants. | Case No.: 2:25-cv-01050-ART-MDC<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE TOUCH LLC'S ANSWER TO PLAINTIFF'S COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED between the parties and their undersigned attorneys that the deadline for Touch LLC to file its Answer to Plaintiff's Complaint shall be extended to March 30, 2026.

///

///

///

///

WEINBERG WHEELER
HUDGINS GUNN & DIAL

This is the first request to extend this deadline, and it is not for any improper purpose or to delay.

IT IS SO STIPULATED.

/s/*Jeremy R. Alberts*
Jeremy R. Alberts, Esq.
Brittany M. Llewellyn, Esq.
Caitlin R. Gwin, Esq.
WEINBERG, WHEELER, HUDGINS,
   GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
Telephone:  (702) 938-3838
Facsimile:   (702) 938-3864

*Attorneys for Defendants Touch LLC and Martin Charles Hampton*

/s/*Cristina P. Valentine*
Andre M. Lagomarsino, Esq.
Cristina P. Valentine, Esq.
LAGOMARSINO LAW
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065

*Attorneys for Plaintiff*

WEINBERG WHEELER
HUDGINS GUNN & DIAL

## ORDER

Upon good cause showing, the Court grants the foregoing Stipulation *nunc pro tunc*. Defendant Touch LLC's Answer (ECF No. 38) to plaintiff's Amended Complaint (ECF No. 28) is deemed timely.

IT IS SO ORDERED.

DATED this __31st__ day of March, 2026.

Respectfully submitted by:

_____
Hon. Maximiliano D. Couvillier, III
United States Magistrate Judge

/s/ Jeremy R. Alberts
Jeremy R. Alberts, Esq.
Brittany M. Llewellyn, Esq.
Caitlin R. Gwin, Esq.
WEINBERG, WHEELER, HUDGINS,
    GUNN & DIAL, LLC
6385 S. Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
*Attorneys for Defendants Touch LLC*
*and Martin Charles Hampton*