UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Julian Tocker,

Plaintiff,

vs.

Officer Zachary Gainey, *et al.*,

Defendants.

Case No. 2:25-cv-01050-ART-MDC

**ORDER GRANTING MOTION TO WITHDRAW (ECF NO. 46)**

The Court has reviewed the *Motion to Withdraw as Attorney* (ECF No. 46) ("Motion"). The Court **GRANTS** the Motion for the reasons below.

Attorneys from Lagomarsino Law, Andre M. Lagomarsino, Esq., Cristina P. Valentine, Esq., and Cory Ford, Esq. request to withdraw as counsel for plaintiff. Defendant's counsel state that Nevada Rule of Professional Conduct 1.16(b)(4), (5), and (7) justify their withdrawal. *ECF No. 46* at 3. This Motion also includes a supporting declaration from Mr. Lagomarsino. *ECF No. 46-2*. In his supporting Declaration, Mr. Lagomarsino states that continued representation of plaintiff is "unreasonably difficult" and that good cause for counsel from Lagomarsino Law to withdraw. *Id.* Counsel further demonstrate that withdrawal can be accomplished without material disruption to existing deadlines, they discussed withdrawal with plaintiff, and plaintiff was served with the Motion.

For good cause shown and because the Motion is unopposed, plaintiff's counsel's request is granted. Plaintiff shall also register for electronic service or file a notice of appearance of new counsel by **September 24, 2026**.

ACCORDINGLY,

**IT IS ORDERED that:**

1. Defense counsel's *Motion to Withdraw As Attorney* (ECF No. 46) is **GRANTED**.

2. Andre M. Lagomarsino, Esq., Cristina P. Valentine, Esq., and Cory Ford, Esq. from Lagomarsino Law shall be terminated as counsel of record for plaintiff and removed from CM/ECF service in this matter.
3. Plaintiff shall register for electronic service or file a notice of appearance of new counsel by **September 24, 2026**.
4. If plaintiff fails to comply with this Order, he may be subject to sanctions, including default and a recommendation to dismiss his claims in this matter.

DATED: August 24, 2026.

IT IS SO ORDERED.



Hon. Maximiliano D. Couvillier, III
United States Magistrate Judge

**NOTICE**

Pursuant to Local Rules IB 3-1 and IB 3-2, a party may object to orders and reports and recommendations issued by the magistrate judge. Objections must be in writing and filed with the Clerk of the Court within fourteen days. LR IB 3-1, 3-2. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985).

This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Pursuant to LR IA 3-1, the plaintiff must immediately file written notification with the court of any change of address. The notification must include proof of service upon each opposing party's attorney, or upon the opposing party if the party is unrepresented by counsel. Failure to comply with this rule may result in dismissal of the action.